# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Job Ayala

                Plaintiff,

v.                                          Case No.: 1:17–cv–05621

                                          Honorable Rebecca R. Pallmeyer

Corona, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 17, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 7/17/2018. Plaintiff's motion to compel [35] is granted in part and denied in part. Fact discovery close date extended to 9/28/2018. Expert discovery extended to 10/31/2018. Status hearing set for 9/24/2018 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.