UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Job Ayala
                Plaintiff,

v.                                                Case No.: 1:17−cv−05621
                                                      Honorable Rebecca R. Pallmeyer

Corona, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 28, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer:The court has reviewed Defendant's motion for reconsideration [41]. The motion is granted in part and denied in part. The court is disappointed to see that the motion offers no explanation for Defendant's failure, for more than two months, to comply with the court's order. Defendant is directed immediately to provide a copy of the RCI file, redacted if necessary, to Plaintiff's counsel for attorneys−eyes−only review, or to submit the RCI file to the court for in camera inspection. Status hearing set for 10/4/2018 to stand. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.