IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOB E. AYALA | ) | |
| | ) | Case No. 2017 C 05621 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| CPD Officer Corona, CPD Officer Delaney, | ) | |
| CPD Officer Houlihan, CPD Officer Iza, | ) | |
| CPD Officer MacNiff, CPD Officer Konior, | ) | |
| CPD Officer Brown, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANTS

Attorney Victoria R. Benson respectfully moves to withdraw her appearance as counsel for Defendants and in support thereof, states as follows:

1. The undersigned has filed an Appearance on behalf of all defendants.

2. The undersigned has resigned her position with the City of Chicago's Department of Law effective October 12, 2018.

3. Additional attorneys currently represent Defendants and will continue to diligently and ably represent them going forward in this matter. The undersigned motion to withdraw will not prejudice the representation or cause any undue delay in this proceeding.

**WHEREFORE,** attorney Victoria R. Benson respectfully requests that this Honorable Court enter an order granting the motion to withdraw and terminate her Appearance for Defendants.

Respectfully submitted,

/s/ Victoria R. Benson
Victoria R. Benson
Chief Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago, Department of Law
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0454
victoria.benson@cityofchicago.org