IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOB AYALA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 17 C 5621 |
| ) | |
| CHICAGO POLICE OFFICERS SERGIO ) | Judge Rebecca Pallmeyer |
| CORONA, RYAN DELANEY, SEAN ) | |
| HOULIHAN, FRANCISCO IZA, COLIN ) | |
| MACNIFF, SCOTT KONIOR, and PATRICK ) | |
| BROWN, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

JOEL FLAXMAN
Attorney for plaintiff,
JOB AYALA
Law Offices of Kenneth Flaxman
200 South Michigan Ave. Suite 201
Chicago, IL 60604
(312) 427-3200
Attorney No. 6292818
DATE: 10/26/18

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago

*[signature]*
Jennifer K. Bagby
Chief Assistant Corporation Counsel
Attorney for Defendants
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 6271898
DATE: 10/26/2018

BY: *[signature]*
KEVIN LOVELLETTE
Deputy Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6243384
DATE: 10/26/18